UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. |
| | ) 6:00-cv-640-ORL-19 |
| David A. Block, | ) |
| Defendant. | ) |

COMPLAINT

The United States of America, plaintiff, by and through the undersigned Assistant United States Attorney for the Middle District of Florida, hereby files this complaint and alleges:

1. This is a civil action brought by the United States of America, plaintiff, for the recovery of money owed to plaintiff, and this Court has jurisdiction by virtue of 28 U.S.C. § 1345.

2. The defendant, David A. Block, can be found at 240 Versailles Drive, Melbourne Beach, FL 32951 and this Court is the proper venue of this action by virtue of 28 U.S.C. § 1391.

3. Defendant owes plaintiff the total amount of $22,839.37, plus interest on this principal computed at the rate of 8.25 percent per annum as detailed in the Certificate of Indebtedness attached hereto and incorporated herein by reference.

**WHEREFORE,** plaintiff respectfully requests judgment against the defendant in the following amounts:

a. For the principal amount of $19,265.50, together with accrued interest in the amount of $3,573.87 as of January 17, 2000, plus administrative/collection costs of $.00 and interest on the principal sum accruing thereafter at the rate of 8.25 percent per annum to the date of judgment.

b. For interest from the date of judgment at the legal rate until paid in full;

c. For such other costs of litigation otherwise allowed by law, and

d. For such other and further relief as justice requires.

Respectfully submitted,

DONNA A. BUCELLA
United States Attorney

By: _____
ADELAIDE G. FEW
Assistant U.S. Attorney
Florida Bar No. 558478
Nancy E. Ponce/FLU
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6038
(813) 274-6198

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

> David A. Block
> Aka: David Alan Block & David Alan
> Ablock
> 240 Versailles Dr
> Melbourne Beach, FL 32951
> SSN: 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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 01-17-00.

On or about 07-09-96 & 07-09-96, the borrower executed promissory note(s) to secure loan(s) of $8,500.00 & $10,000.00 from US Department of Education. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 CFR. Part 685). The Department demanded payment according to the terms of the note(s), and the borrower defaulted on the obligation on 11-16-97. The Department has credited $0.00 from all sources, including Treasury Department offsets, if any to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $19,265.50 |
| Interest: | $3,573.87 |
| Administrative/Collection Costs: | $0.00 |
| Late fees | $0.00 |
| Total debt as of 01-17-00: | $22,839.37 |

Interest accrues on the principal shown here at the rate of 8.25% and a daily rate of $4.35 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 2/3/00          Name: _____
                             Title _____
                             Branch _____